UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No.: 07-600 |
| Plaintiff, | : | |
| v. | : | Criminal Action |
| WILLIAM KIMBALL, | : | |
| Defendant. | : | **ORDER** |

This matter coming before this Court by Alexander W. Booth, Esq., attorney for defendant, William Kimball, having considered the moving papers of counsel and it appearing that good cause is shown for entry of this Order

IT IS on this 25 day of June, 2008

**ORDERED** The sentence imposed on November 29, 2007 be amended to reflect that the balance of the condition of residence in a halfway house is hereby changed to be served on house arrest at 439 Bloomfield Avenue, Nutley, NJ 07110; and it is further

**ORDERED** that all other conditions of the sentence remain the same.

STANLEY R. CHESLER, U.S.D.J.