PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Kimball                                      Cr.: 07-00600-001
                                                                                          PACTS #: 48016

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 11/29/07

Original Offense: Conspiracy to Possess with Intent to Distribute Oxycodone

Original Sentence: 60 months probation. Special conditions: mental health and drug treatment; financial disclosure; DNA testing; 12 months CCC

Type of Supervision: Probation                                  Date Supervision Commenced: 11/29/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender admitted to the use of heroin on May 18, 2009, May 19, 2009, May 20, 2009, and October 15, 2009. He admitted to the use of cocaine on May 19, 2009, and October 15, 2009. |
| 2 | The offender was unsuccessfully discharged from inpatient substance abuse treatment at Turning Point on May 17, 2009. The official discharge status was AMA (Against Medical Advice). |

U.S. Probation Officer Action:
Since his discharge at Turning Point, the offender completed inpatient treatment at Discovery Institute, Inc., and is currently enrolled in intensive outpatient treatment at North East Life Skills. The probation office has increased the number of personal visits with this offender.

                                                         Respectfully submitted,

                                                         By: Susan Karlak
                                                            Senior U.S. Probation Officer
                                                         Date: 11/22/09

PROB 12A - Page 2
William Kimball

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

*The court concurs in recommendation*

Signature of Judicial Officer

12/2/09
Date