PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Kimball  **Docket Number:** 07-00600-001
  **PACTS Number:** 048016

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/29/2007

**Original Offense:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE OXYCODONE

**Original Sentence:** 5 years probation. Special conditions: 12 months in a community corrections center; drug testing/treatment; financial disclosure; mental health treatment; DNA testing.

**Type of Supervision:** probation  **Date Supervision Commenced:** 11/29/07

**Assistant U.S. Attorney:** Jonathan Romankow, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Alex Booth, 512 42nd Street, Union City, New Jersey 07084, (201) 866-4949

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' |
|  | The offender tested positive for heroin on November 2, 2009, and positive for cocaine on January 28, 2010. The offender admitted to using cocaine, heroin and marijuana from July 12, 2010, to July 14, 2010. |
| 2 | The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.' |

PROB 12C - Page 2
William Kimball

Due to his relapse with drugs the week of July 12, 2010, the offender was no longer welcome at his place of residence. This writer found him a shelter where he could temporarily stay on July 16, 2010. He was to contact this writer at 3:00 pm on such date so details of the shelter could be provided to him, and this writer has not heard from his as of yet. Therefore, his whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 7/18/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/26/10
Date