UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon Stanley R. Chesler

                                           :        Criminal No. 07-0600(SRC)

      v.

                                           :        ORDER ON REVOCATION OF

WILLIAM KIMBALL                 :        PROBATION

THIS MATTER having come before the Court upon allegations that the defendant WILLIAM KIMBALL violated certain conditions of his probation imposed on or about November 29, 2007, in the District of New Jersey before the Honorable Stanley R. Chesler, U.S.D.J.; and the defendant having appeared before this Court on August 19, 2010, and entered a plea of guilty to Violation Number 1, a Grade C violation, of the Violation of Probation Report dated July 18, 2010 (hereinafter the "Report"); and the defendant having provided a factual basis for the entry of his guilty plea to the violation; and the government (by Jonathan W. Romankow, appearing), and by the defendant (by Peter Carter, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this 19 day of August, 2010;

ORDERED that defendant WILLIAM KIMBALL is hereby adjudged guilty of Violation Number 1 of the Report; and it is further

ORDERED that defendant WILLIAM KIMBALL's present term of probation is continued the added condition that he shall remain

1

on probation with the added condition that he enter and complete a 6-month inpatient drug program at Integrity House; and it is further

ORDERED that WILLIAM KIMBALL shall remain in the custody of the United States Marshal's Service until the United States Probation Office has confirmed that a bed at Integrity House has become available; and it is further

ORDERED that all remaining Standard Conditions and Special Conditions of Probation shall remain in force.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE