UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA  :  Hon Stanley R. Chesler

                                   :  Criminal No. 07-0600(SRC)
    v.
                                   :
                                      JUDGMENT AND COMMITMENT ON
WILLIAM KIMBALL             :  VIOLATION OF SUPERVISION


THIS MATTER having come before the Court upon allegations that the defendant WILLIAM KIMBALL violated certain conditions of his probation imposed on or about November 29, 2007, in the District of New Jersey before the Honorable Stanley R. Chesler, U.S.D.J.; and the defendant having appeared before this Court on August 24, 2011, and entered a plea of guilty to Violation Number 1 and Violation Number 2, both Grade C violations, of the Violation of Probation Report dated July 11, 2011 (hereinafter the "Report"); and the defendant having provided a factual basis for the entry of his guilty plea to the violations; and the government (by Jonathan W. Romankow, appearing), and by the defendant (by Peter Carter, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this ___ day of August, 2011;

ORDERED that defendant WILLIAM KIMBALL is hereby adjudged guilty of Violation Number 1 and Violation Number 2 of the Report; and it is further

1

ORDERED that WILLIAM KIMBALL shall be imprisoned for a term of six months; and it is further

ORDERED that defendant WILLIAM KIMBALL's present term of probation is revoked.

                                                              STANLEY R. CHESLER
                                                              UNITED STATES DISTRICT JUDGE